THE LAW FIRM OF
**HEURLIN SHERLOCK**
1636 N. SWAN ROAD, STE. 200
TUCSON, ARIZONA 85712-4096
TEL 520.319.1200
FAX 520.319.1221
Bruce R. Heurlin, SBN 003214,
Email: BHeurlin@AZtopLawyers.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| BLAINE HARRINGTON,<br><br>                    Plaintiff,<br><br>          v.<br><br>INK ARMY, NICHOLAS SHARP, and<br>JANE DOE SHARP,<br><br>                    Defendants. | **COMPLAINT AND<br>JURY DEMAND** |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, BLAINE HARRINGTON ("Plaintiff" or "Harrington"), brings this complaint in the United States District Court for the District of Arizona against INK ARMY ("Ink Army"), NICHOLAS SHARP and JANE DOE SHARP ("Sharp"), (together "Defendants") alleging:

### PARTIES

1.      Plaintiff is an experienced, commercial travel and location photographer. Plaintiff has worked as a commercial photographer for over forty (40) years, including for most major news, business, and travel magazines throughout the world, as well as traveled to over seventy countries. Plaintiff was chosen as the Society of American Travel Writer Travel Photographer of the Year in 2005 and 2006. Plaintiff resides in Denver, Colorado.

2.      On information and belief, Ink Army is a Limited Liability Company existing under the laws of the State of Arizona, with headquarters in Cave Creek, Arizona. Defendants own and operate the following websites: www.inkarmy.com; and www.tattooedwomen.com.

3.     On information and belief, Nicholas Sharp is an individual residing in the State of Arizona. Sharp is the founder and creative director of www.inkarmy.com and www.tattooedwomen.com.[1]

4.     Jane Doe Sharp is the spouse of Nicholas Sharp.

## JURISDICTION AND VENUE

5.     This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

6.     This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

7.     Defendants are subject to personal jurisdiction in Arizona.

8.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

9.     Plaintiff captured the photograph, "20111104_newzea_2414.jpg" ("Copyrighted Photograph") on November 13, 2011 in Manurewa Sunday Market, Auckland, New Zealand. [*Exhibit 1*].

10.     Plaintiff registered the Copyrighted Photograph with the United States Copyright Office on December 27, 2011 (Registration No.: VAu 1-086-709). [*Exhibit 2*].

11.     On January 3, 2012, Plaintiff posted the Copyrighted Photograph on www.blaineharrington.photoshelter.com/gallery-image/New-Zealand-Auckland-Misc/G0000pzzYiifqW7I/I0000x4nlwghbdkw/C0000mht5CyX.iLo (Last visited December 4, 2017). [*Exhibit 3*].

12.     Beginning on or about October 10, 2015, Defendants copied and posted the Copyrighted Photograph to the Defendants' commercial website, www.inkarmy.com (Last visited December 4, 2017).

---

[1] www.linkedin.com/in/nick-sharp-78aa385

13.     Defendants posted the Copyrighted Photograph to the following URLs:

- www.inkarmy.com (Last visited December 4, 2017) [*Exhibit 4*].

- www.inkarmy.com/page/3 (Last visited December 4, 2017) [*Exhibit 5*].

## COUNT I

## INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. § 101 ET SEQ.

14.     Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

15.     Plaintiff is, and at all relevant times has been, the copyright owner or licensee of exclusive rights under United States copyright with respect to the Copyrighted Photograph, which is the subject of a valid and complete application before the United States Copyright Office for Certificate of Copyright Registration by the Register of Copyrights.

16.     Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Photograph and to distribute the Copyrighted Photograph to the public.

17.     Plaintiff is informed and believes that Defendants, without the permission or consent of Plaintiff, have copied and posted the Copyrighted Photograph to Defendants' commercial website, www.inkarmy.com. In doing so, Defendants violated Plaintiff's exclusive rights of reproduction and distribution. Defendants' actions constitute infringement of Plaintiff's copyright and exclusive rights under copyright.

18.     Plaintiff is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

19.     As a result of Defendants' infringement of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to statutory or actual damages, including any profits realized by Defendants attributable to the infringement, pursuant to 17 U.S.C. § 504 for Defendants' infringement of the Copyrighted Photograph.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

A.     Declaring that Defendants' unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act;

B.     Immediately and permanently enjoining Defendants, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing Plaintiff's Copyrighted Photograph without consent or otherwise infringing Plaintiff's copyright or other rights in any manner;

C.     Ordering Defendants to account to Plaintiff for all gains, profits, and advantages derived by Defendants by their infringement of Plaintiff's copyright or such damages as are proper, and since Defendants intentionally infringed Plaintiff's copyright, for the maximum allowable statutory damages for each violation;

D.     Awarding Plaintiff actual or statutory damages for Defendants' copyright infringement in an amount to be determined at trial, pursuant to 17 U.S.C. § 504;

E.     Awarding Plaintiff his costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505; and

F.     Awarding Plaintiff such other and further relief as is just and proper.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.


Dated: July 23, 2018                          *s/ Bruce R. Heurlin*
                                               Bruce R. Heurlin, SBN 003214
                                               HEURLIN SHERLOCK
                                               1636 N. Swan Road, Suite 200
                                               Tucson, Arizona  85712-4096
                                               Tel:  (520) 319-1200
                                               Fax:  (520) 319-1221
                                               Attorneys for Plaintiff