EXHIBIT 1



## EXHIBIT 2



| Help | Search | History | Titles | Start Over |

---

### Public Catalog

Copyright Catalog (1978 to present)
Search Request: Simple Search = vau001086709
Search Results: Displaying 1 of 1 entries

◁ previous    next ▷

---



*Blaine Harrington III Photography 20110911-20111204 8,854 Unpublished Photos.*

|  |  |
|---|---|
| **Type of Work:** | Entry not found. |
| **Registration Number / Date:** | VAu001086709 / 2011-12-27 |
| **Application Title:** | Blaine Harrington III Photography 20110911-20111204 8,854 Unpublished Photos. |
| **Title:** | Blaine Harrington III Photography 20110911-20111204 8,854 Unpublished Photos. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Blaine Harrington III, 1954- . Address: 7533 South Overlook Way, Littleton, CO 80128, United States. |
| **Date of Creation:** | 2011 |
| **Authorship on Application:** | Blaine Harrington III, 1954- ; Domicile: United States; Citizenship: United States. Authorship: photograph(s) |
| **Rights and Permissions:** | Blaine Harrington III, 7533 South Overlook Way, Littleton, CO, 80128, United States, (303) 932-9062, blaineharr@comcast.net |
| **Names:** | Harrington III, Blaine, 1954- |

◁ previous    next ▷



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  ▼  Format for Print/Save |
| Enter your email address: [                    ]  Email |

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

EXHIBIT 3



EXHIBIT 4



EXHIBIT 5

